UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ARMANDO NIEVES,<br>    PLAINTIFF,<br><br>v.<br><br>ENVOY AIR INC.,<br>F/K/A AMERICAN EAGLE<br>    DEFENDANT. | NO. 1:16-CV-1346<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the Opinion and Order entered on this date (ECF No. 47) and pursuant to Federal Rule of Civil Procedure 58, judgment hereby enters.

Date:   January 3, 2018                /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge